UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BARRY DeWAYNE WOODS, | No. 3:15-CV-05010 WHA (RMI) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| JOSHUA R. LOPEZ, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of BARRY DeWAYNE WOODS, CDCR No. D-30424, presently in custody at Pelican Bay State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: February 26, 2018

_____
ROBERT M. ILLMAN
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  Warden, Pelican Bay State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of BARRY DeWAYNE WOODS, CDCR No. D-30424 , in your custody in the hereinabove-mentioned institution, before the United States District Court at 3140 Boeing Avenue in McKinleyville, California, at 1:00 p.m. on March 28, 2018, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Woods v. Lopez, et al, and at the termination of said hearing return him forthwith to said

hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court.

Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: February 26, 2018

SUSAN Y. SONG
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk

Dated: February 26, 2018

_____
ROBERT M. ILLMAN
United States Magistrate Judge



IT IS SO ORDERED

Judge Robert M. Illman

2