UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY DEWAYNE WOODS,<br>　　　　　　Plaintiff,<br>　v.<br>JOSHUA R LOPEZ, et al.,<br>　　　　　　Defendants. | Case No. 15-cv-05010-WHA (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on April 11, 2018, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

　( X ) Plaintiff, Barry DeWayne Woods, Pro Se.

　( ) Warden or warden's representative

　(X ) Office of the California Attorney General, Kyle Lewis.

　( X ) Other: Julie Sobel, California Department of Corrections and Rehabilitation Legal Counsel.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

　( X ) The case has been completely settled.

　( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: April 13, 2018

_____
ROBERT M ILLMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY DEWAYNE WOODS,<br>　　　　Plaintiff,<br>　　v.<br>JOSHUA R LOPEZ, et al.,<br>　　　　Defendants. | Case No. 15-cv-05010-WHA　(RMI)<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on April 13, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barry DeWayne Woods ID: D-30424
Pelican Bay State Prison
P O Box 7000
5905 Lake Earl Dr
Crescent City, CA 95531

Dated: April 13, 2018

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: /s/ Gloria Knudson
　　　　　　　　　　　　　　　　　　　　Gloria Knudson, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable ROBERT M ILLMAN

3