UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BARRY DEWAYNE WOODS,<br>Plaintiff,<br>v.<br>JOSHUA R LOPEZ, et al.,<br>Defendants. | Case No. 15-cv-05010-WHA (RMI)<br><br>**ORDER ON MOTION**<br>Re: Dkt. No. 76 |

In April of 2018, this matter was settled in full, whereby Plaintiff would agree to dismiss with prejudice all claims against all Defendants in exchange for the payment of $35,000.00. In September of 2018 Plaintiff filed a proposed order compelling the payment of funds (dkt. 73), in which Plaintiff asserted that certain monies were improperly deducted from the settlement amount prior to being deposited in his account. The court ordered Defendants to investigate and file a report regarding the status of the settlement payments. *See* Order (dkt. 74). On November 2, 2018, Defendants filed a report (dkt. 75) which indicated that two separate payments to Plaintiff's account had been made, one of which satisfied Plaintiff's restitution and other legal obligations, and the other was deposited into Plaintiff's trust account.

Thereafter, Plaintiff filed a Motion "for Defendants Warden and Litigation Coordinator to Provide Documentary Explanation for Allocation of Settlement Funding" (dkt. 76). In response to the Motion, Defendants filed a detailed breakdown of the accounting and allocation of the settlement funds, along with Plaintiff's inmate statement report. *See* Def.s' Resp. (dkt. 78). From that detailed accounting, Plaintiff was able to identify an accounting error, wherein Plaintiff was made to double pay a court fee to the Monterrey Superior Court. *See* Pl.'s Reply (dkt. 79). At the

hearing held on February 21, 2019, counsel for Defendants confirmed that Plaintiff was indeed double-charged by the Monterrey Superior Court, but that the Superior Court would issue Plaintiff a refund. The court further instructed counsel for Defendant to investigate and, if necessary, attempt to resolve any further discrepancies with the Monterrey Superior Court's accounting. On March 25, 2019, Defendants filed a detailed status report. *See* Report (dkt. 87). In the report, counsel for Defendants informs that the refund from the Monterrey Superior Court was deposited into Plaintiff's trust account on March 22, 2019. *Id*. at 2. The report also states that the Monterey Superior Court "staff reviewed each of Plaintiff's cases to determine whether or not the court had received any sort of payment for the outstanding fees" and that "no other double-payments or over-payments were identified in any of Plaintiff's other Monterey Superior Court cases." *Id*. at 3.

Accordingly, the court finds that Plaintiff's Motion "for Defendants Warden and Litigation Coordinator to Provide Documentary Explanation for Allocation of Settlement Funding" (dkt. 76) is MOOT.

**IT IS SO ORDERED.**

Dated: March 27, 2019

_____
ROBERT M. ILLMAN
United States Magistrate Judge